THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Robert Bostic, Appellant.
 
 
 

Appeal From Sumter County
 John C. Hayes, III, Circuit Court Judge
Unpublished Opinion No. 2008-UP-367
Submitted July 1, 2008  Filed July 11,
 2008
APPEAL DISMISSED

 
 
 
 LaNelle C. DuRant, South Carolina Commission on Indigent Defense, Division
 of Appellate Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Cecil Kelly Jackson, of Aiken, for Respondent.
 
 
 

PER CURIAM: Bostic
 appeals his guilty pleas to manufacturing crack cocaine, trafficking crack
 cocaine, trafficking cocaine of 28 to 100 grams, and possession of a pistol
 with an obliterated or removed serial number.  On appeal, Bostics counsel
 alleges the plea did not meet the
 mandates of Boykin v. Alabama, 395 U.S. 238 (1969).  After a thorough review of the record, counsels
 brief, and Bostics pro se brief pursuant to Anders v.
 California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116,
 406 S.E.2d 357 (1991), we dismiss[1] Bostics appeal and grant counsels motion to be relieved. 
APPEAL DISMISSED.
HEARN, C.J., CURETON and GOOLSBY, A.J.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.